B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUTPCY COURT

WESTERN District of Louisiana

In re  JIMMY PINKSTON, JR.  Case No. 19-80324

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Mortgage Company as serviced by Rushmore Loan Management Services
Name of Transferee

McCormick 105, LLC as serviced by BSI Financial Services
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 7
Amount of Claim: $92,788.68
Date Claim Filed: 06/07/2019

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone:
Last Four Digits of Acct.#: 5330

Phone: 888-699-5600
Last Four Digits of Acct.#: 1828

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: 888-699-5600
Last Four Digits of Acct.#: 1828

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jason R. Smith   Date: 01/02/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:   JIMMY PINKSTON, JR.                    CASE NO. 19-80324
                                                CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Transfer of Claim filed by GOLDMAN SACHS MORTGAGE COMPANY, AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Jimmy Pinkston, Jr.<br>3100 Bear Trail<br>Alexandria, LA 71301 | Jon C Thornburg<br>Trustee<br>PO Box 11877<br>Alexandria, LA 71315 |
| Thomas C. McBride<br>Attorney at Law<br>301 Jackson St., Suite 101<br>Alexandria, LA 71301 | Office of the U.S. Trustee<br>300 Fannin Street<br>Suite 3196<br>Shreveport, LA 71101 |
| BSI Financial Services<br>11350 McCormick Rd, EP II, Ste 903<br>Hunt Valley, MD 21031 | |

by mailing this notice and a copy of the Transfer of Claim filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 2nd day of January, 2020.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/Jason R. Smith

ATTORNEY FOR CREDITOR